# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 3:23cr35-TKW-3

MARK ADAM SALLI

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **MARK ADAM SALLI,** to Count One, Counts Five through Eight, Count Eleven, and Counts Thirteen through Fifteen of the Indictment is hereby **ACCEPTED**.   All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 25th day of September 2023.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**